

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2018

No. 04-18-00255-CV

Ronald Carey **HODGE**,
Appellant

v.

Charles W. **HANOR** and Jean M. Hanor,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI17321
Honorable Solomon Casseb III, Judge Presiding

# O R D E R

The unopposed motion to substitute counsel for appellees' is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court